IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES, LLC, AC (MACAO COMMERCIAL OFFSHORE) LIMITED and TECHTRONIC INDUSTRIES CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SNAP-ON INCORPORATED, <br><br> Defendants. | CASE NO. 14-CV-1296 <br><br> PATENT CASE <br><br> JURY DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for plaintiffs Milwaukee Electric Tool Corporation, METCO Battery Technologies, LLC, AC (Macao Commercial Offshore) Limited and Techtronic Industries Co. Ltd., furnishes the following in compliance with Civil L.R. 7.1:

(a) The full name of the parties that the undersigned counsel represent are Milwaukee Electric Tool Corporation, METCO Battery Technologies, LLC, AC (Macao Commercial Offshore) Limited and Techtronic Industries Co. Ltd.

(b) The name of Milwaukee Electric Tool Corporation's parent corporation is Esstar Industries, Inc. The ultimate parent corporation of Milwaukee Tool Corporation is Techtronic Industries Co. Ltd., which is publicly traded on the Hong Kong Stock Exchange. There are no corporate stockholders which are publicly held companies owning 10 percent or more of the stock of Milwaukee Electric Tool Corporation.

METCO Battery Technologies, LLC is a Delaware limited liability company whose members are Milwaukee Electric Tool Corporation and Atlas Copco North America, Inc. The ultimate parent company of Atlas Copco North America, Inc. is Atlas Copco AB.

The name of AC (Macao Commercial Offshore) Limited's parent corporation is Techtronic Industries Co. Ltd., which is publicly traded on the Hong Kong Stock Exchange.  There are no corporate stockholders which are publicly held companies owning 10 percent or more of the stock of AC (Macao Commercial Offshore) Limited.

Techtronic Industries Co. Ltd. has no parent corporation and there are no corporate stockholders which are publicly held companies owning 10 percent or more of the stock of Techtronic Industries Co. Ltd.  Techtronic Industries Co. Ltd. is a publicly traded company on the Hong Kong Stock Exchange.

(c) Reinhart Boerner Van Deuren s.c. and Morgan, Lewis & Bockius LLP are the only law firms expected to appear on behalf of Milwaukee Electric Tool Corporation, METCO Battery Technologies, LLC, AC (Macao Commercial Offshore) Limited and Techtronic Industries Co. Ltd. in this action.

Dated this 16th day of October, 2014.

        <u>s/Scott W. Hansen</u>
        Scott W. Hansen
        Wisconsin Bar No. 1017206
        Paul Stockhausen
        Wisconsin Bar No. 1034225
        Jessica H. Polakowski
        Wisconsin Bar No. 1061368
        Reinhart Boerner Van Deuren, S.C.
        1000 N. Water Street, Suite 1700
        Milwaukee, WI 53202
        Phone: (414) 298-1000
        Fax: (414) 298-8097

        Jason C. White
        Illinois Bar No. 6238352
        jwhite@morganlewis.com
        MORGAN, LEWIS & BOCKIUS LLP
        77 West Wacker Drive
        Chicago, Illinois 60601
        Phone: (312) 324-1775
        Fax: (312) 324-1001

        *Attorneys for Plaintiffs Milwaukee Electric Tool Corporation; Metco Battery Technologies, LLC; AC (Macao Commercial Offshore) Limited; and Techtronic Industries Co. Ltd.*

19638387