# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES, LLC, AC (MACAO COMERCIAL OFFSHORE) LIMITED and TECHTRONIC INDUSTRIES CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SNAP-ON INCORPORATED, <br><br> Defendant. | Civil Action No. 2:14-cv-01296-JPS |

## DEFENDANT SNAP-ON INCORPORATED'S
## MOTION FOR SUMMARY JUDGMENT OF INVALIDITY, NONINFRINGEMENT, LACK OF WILLFUL INFRINGEMENT, AND NO PRE-SUIT DAMAGES

Defendant Snap-on Incorporated ("Snap-on") moves this Court, under Fed. R. Civ. P. Rule 56 and Civ. L.R. 56 for an Order (i) finding U.S. Patent Nos. 7,554,290, 7,944,173, and 7,999,510 ("Patents-in-Suit") invalid as a matter of law as indefinite under 35 U.S.C. § 112 ¶ 2; (ii) finding the Patents-in-Suit invalid as a matter of law for lack of enablement under 35 U.S.C. § 112 ¶ 1; (iii) finding as a matter of law Snap-on's accused products do not infringe the Patents-in-Suit; (iii) finding as a matter of law Snap-on did not engage in willful infringement of the Patents-in-Suit; and (iv) finding the Plaintiffs are not entitled to pre-suit damages. The bases for this motion are contained in papers and pleadings already on file with the Court, as well as the Memorandum, Statement of Facts, and Exhibits (including the Declarations) filed herewith.

Dated: July 31, 2015

Respectfully submitted,

/s/ *David R. Cross*

David R. Cross
david.cross@quarles.com
Michael T. Piery
michael.piery@quarles.com
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2350
Milwaukee, Wisconsin 53202-4426
Phone: (414) 277-5000
Fax: (414) 271-3552

Paul Devinsky
pdevinsky@mwe.com
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
Phone: (202) 756-8000
Fax: (202) 756-8087

Joseph H. Paquin, Jr.
jpaquin@mwe.com
Amol A. Parikh
amparikh@mwe.com
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Phone: (312) 372-2000
Fax: (312) 984-7700

*Attorneys for Defendant and Counterclaim-Plaintiff Snap-on Incorporated*

DM_US 62807286-3.066396.0700

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES, LLC, AC (MACAO COMERCIAL OFFSHORE) LIMITED and TECHTRONIC INDUSTRIES CO. LTD., <br><br>  Plaintiffs, <br><br> v. <br><br> SNAP-ON INCORPORATED, <br><br>  Defendant. | Civil Action No. 2:14-cv-01296-JPS |

**[PROPOSED] ORDER GRANTING DEFENDANT SNAP-ON INCORPORATED'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY, NONINFRINGEMENT, LACK OF WILLFUL INFRINGEMENT, AND NO PRE-SUIT DAMAGES**

Having considered all papers filed in support of and in opposition to Defendant Snap-on Incorporated's Motion for Summary Judgment of Invalidity, Noninfringement, Lack of Willful Infringement, and No Pre-Suit Damages the Court hereby GRANTS the Motion, (i) finding U.S. Patent Nos. 7,554,290, 7,944,173, and 7,999,510 ("Patents-in-Suit") invalid as a matter of law as indefinite under 35 U.S.C. § 112 ¶ 2; (ii) finding the Patents-in-Suit invalid as a matter of law for lack of enablement under 35 U.S.C. § 112 ¶ 1; (iii) finding as a matter of law Snap-on's accused products do not infringe the Patents-in-Suit; (iii) finding as a matter of law Snap-on did not engage in willful infringement of the Patents-in-Suit; and (iv) finding the Plaintiffs are not entitled to pre-suit damages.

  IT IS SO ORDERED

Dated: _____   _____
                                                    Honorable J.P. Stadtmueller