IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SNAP-ON INCORPORATED,<br><br>　　　　Defendant. | )<br>)<br>)　Civil Action No. 2:14-cv-01296-JPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF LYNN H. MURRAY IN SUPPORT OF SNAP-ON INCORPORATED'S MOTION FOR LEAVE TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

I, Lynn H. Murray, declare as follows:

1. I am a partner at the law firm of Shook, Hardy & Bacon, LLP, 111 S. Wacker Dr., Chicago, IL 60606 and an attorney for Defendant Snap-on Incorporated in this litigation. I have personal knowledge of the facts set forth herein and can testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the proposed Answer, Amended Affirmative Defenses and Amended Counterclaims to Plaintiffs' Complaint showing the proposed amendments in redline.

3. Attached hereto as Exhibit B is a true and correct copy of the proposed Answer, Amended Affirmative Defenses and Amended Counterclaims to Plaintiffs' Complaint.

4. My colleague, Peter O'Neill, sent an e-mail to Plaintiffs requesting their position on Snap-on's Motion for Leave to Amend Its Answer, Affirmative Defenses, and Counterclaims. Plaintiffs indicate they oppose Snap-on's Motion. Attached hereto as Exhibit C is a true and correct copy of an email string beginning March 31, 2017, between Mr. O'Neill and P. Stockhausen indicating that Plaintiffs oppose the instant motion.

3943705 v1

-3-

5. Attached hereto as Exhibit D is a true and correct copy of the 2009 Declaration of Gary Meyer.

6. Attached hereto as Exhibit E is a true and correct copy of the test data related to the 2009 Declaration of Gary Meyer.

7. Attached hereto as Exhibit F is a true and correct copy of an excerpt from the prosecution history of U.S. Patent No. 7,253,585..

8. Attached hereto as Exhibit G is a true and correct copy of a document containing pictures of tools produced by E-One Moli in the summer of 2001.

9. Attached hereto as Exhibit H is a true and correct copy of an email produced by Milwaukee Electric Tool ("MET") bearing Bates Number METCO0281928.

10. Attached hereto as Exhibit I is a true and correct excerpt from the transcript of the deposition of Gary Meyer taken on July 7 and 8, 2015.

11. Attached hereto as Exhibit J is a true and correct copy of an email produced by MET bearing Bates Number METCO0189078.

12. Attached hereto as Exhibit K is a true and correct copy of a document entitled "Feasibility Study Report" and dated May 17, 2007 that was produced by Milwaukee Electric Tool bearing Bates Numbers METCO0036905–METCO0036927.

13. Attached hereto as Exhibit L is a true and correct copy of the 2007 Declaration of Gary Meyer.

14. Attached hereto as Exhibit M is a true and correct copy of meeting minutes produced by MET bearing Bates Number METCO0265781-784.

15. Attached hereto as Exhibit N is a true and correct copy of meeting minutes produced by Milwaukee Electric Tool bearing Bates Number METCO0265725-727.

16. Attached hereto as Exhibit O is a true and correct excerpt from the transcript of the deposition of Jeffrey Zeiler taken on July 24, 2015.

17. Attached hereto as Exhibit P is a true and correct copy of an agreement produced by Milwaukee Electric Tool bearing Bates Number METCO0047412-486.

18. Attached hereto as Exhibit Q is a true and correct copy of a product specification produced by Snap-on bearing Bates Number SNPON0011765-806.

19. Attached hereto as Exhibit R is a true and correct copy of a product specification produced by Snap-on bearing Bates Number SNPON0022057-105.

20. Attached hereto as Exhibit S is a true and correct copy of a product specification produced by Snap-on bearing Bates Number SNPON0042641-650.

21. Attached hereto as Exhibit T is a true and correct copy of Snap-on Inc.'s Fourth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2017.

/s/ *Lynn H. Murray*