# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SNAP-ON INCORPORATED, <br><br> *Defendant*. | Case No. 2:14-CV-01296 <br><br> Hon. J.P. Stadtmueller |

### <u>SNAP-ON INCORPORATED'S OMNIBUS MOTION *IN LIMINE*</u>

Defendant Snap-on Incorporated ("Snap-on") respectfully moves *in limine* for the entry of an Order:

1. Precluding evidence of the existence and outcome of the post-issuance proceedings involving the Patents-in-Suit. The parties may use as evidence statements made or evidence proffered during the post-issuance proceedings as long as it is done without reference to those proceedings or outcomes;

2. Admitting evidence of information and products provided by E-One Moli Energy (Canada) Ltd. to Milwaukee Electric Tool Corporation prior to the patent filing date as relevant to Snap-on's obviousness defense under 35 U.S.C. § 103;

3. Excluding hearsay testimony from non-expert witnesses about what others in the industry told them regarding the viability of lithium-ion technology as a power source for cordless power tools; and

4. Precluding Plaintiffs' experts from offering opinions beyond those contained in their expert reports and deposition testimony.

1

The bases for this motion are contained in Snap-on's Memorandum in Support of its Omnibus

Motion *In Limine* filed concurrently herewith.

Dated:  October 2, 2017

Respectfully submitted,

By: */s/  Peter F. O'Neill*
    Lynn H. Murray
    Hugh A. Abrams
    George R. Dougherty
    Peter F. O'Neill
    Jonathon M. Studer
    SHOOK, HARDY & BACON L.L.P.
    111 S. Wacker Drive, 51st Floor
    Chicago, Illinois 60606
    Telephone: (312) 704-7766
    lhmurray@shb.com
    habrams@shb.com
    gdougherty@shb.com
    ameerkins@shb.com
    pfoneill@shb.com
    jstuder@shb.com

    David R. Cross
    Michael T. Piery
    QUARLES & BRADY LLP
    411 East Wisconsin Avenue, Suite 2350
    MET, Wisconsin 53202-4426
    Telephone: (414) 277-5000
    Facsimile: (414) 271-3552
    david.cross@quarles.com
    michael.piery@quarles.com

    ***Attorneys for Snap-on Incorporated***

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, the foregoing **SNAP-ON INCORPORATED'S**

**OMNIBUS MOTION *IN LIMINE*** was electronically filed with the Clerk of the Court using

the ECF system.

Dated:  October 2, 2017

By:  */s/  Peter F. O'Neill*
Peter F. O'Neill
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Drive, 51st Floor
Chicago, Illinois 60606
Telephone: (312) 704-7766
pfoneill@shb.com