# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, et al., *Plaintiffs*, v. SNAP-ON INCORPORATED, *Defendant*. | Case No. 2:14-CV-01296 <br><br> Hon. J.P. Stadtmueller |

## DECLARATION OF PETER F. O'NEILL IN SUPPORT OF SNAP-ON INCORPORATED'S OMNIBUS *DAUBERT* MOTION

I, Peter F. O'Neill, declare as follows:

1. I am an associate at the law firm of Shook, Hardy & Bacon, LLP, 111 S. Wacker Dr., Chicago, IL 60606 and an attorney for Defendant Snap-on Incorporated in this litigation. I have personal knowledge of the facts set forth herein and can testify competently thereto.

2. Attached hereto as Exhibit A is the declaration of Hugh A. Abrams executed on October 2, 2017.

3. Attached hereto as Exhibit B is a true and correct copy of the July 18, 2017 Expert Report of Dr. Mark Ehsani without exhibits and appendices.

4. Attached hereto as Exhibit C is a true and correct copy of the September 15, 2017 Supplemental Expert Report of Dr. Mark Ehsani without exhibits and appendices.

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Dr. Mark Ehsani in Support of Plaintiffs' Response in IPR No. 2015-01242.

6. Attached hereto as Exhibit E is a true and correct copy of the transcript from the September 29, 2017 deposition of Dr. Mark Ehsani.

7. Attached hereto as Exhibit F is a true and correct copy of a screen shot of the list of data files provided as an exhibit to Dr. Ehsani's July 18, 2017 Expert Report.

8. Attached hereto as Exhibit G is a true and correct copy of the data output files attached to Dr. Ehsani's Initial Report.

9. Attached hereto as Exhibit H is a true and correct copy of a March 27, 2017 letter from Snap-on's counsel to MET's counsel.

10. Attached hereto as Exhibit I is a true and correct copy of a June 2, 2017 email from Snap-on's counsel to MET's counsel.

11. Attached hereto as Exhibit J is a true and correct copy of a June 5, 2017 email from Snap-on's counsel to MET's counsel.

12. Attached hereto as Exhibit K is a true and correct copy of a June 9, 2017 email from MET's counsel to Snap-on's counsel.

13. Attached hereto as Exhibit L is a true and correct copy of a correlation sheet created by MET's counsel and sent to Snap-on's counsel on June 9, 2017.

14. Attached hereto as Exhibit M is a true and correct copy of an August 29, 2017 email from MET's counsel to Snap-on's counsel.

15. Attached hereto as Exhibit N is a true and correct copy of the July 18, 2017 expert report of James Malackowski along with the letter amendment served on August 22, 2017.

16. Attached hereto as Exhibit O is a true and correct copy of the deposition transcript of James Malackowski.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts from the September 25, 2017 deposition of MET's Sean Dougherty.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the April 26, 2017 deposition of MET's Jay Rosenbecker.

19. Attached hereto as Exhibit R is a true and correct copy of excerpts from the May 23, 2017 deposition of MET's Dennis Grzybowski.

20. Attached hereto as Exhibit S is a true and correct copy of the expert report of Allan Shampine.

21. Attached hereto as Exhibit T is a true and correct copy of the deposition transcript of Allan Shampine.

22. Attached hereto as Exhibit U is a true and correct copy of an excerpt from a document entitled "Project Johnson Transfer Pricing Study" bates labeled METCO0161739.

23. Attached hereto as Exhibit V is a true and correct copy of an email from Steve Richman from February 21, 2008 to other MET employees bates labeled METCO0504728.

Executed on October 2, 2017.

/s/ *Peter F. O'Neill*

3990472 v1
Case 2:14-cv-01296-JPS    Filed 10/02/17    Page 3 of 3    Document 245