IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SNAP-ON INCORPORATED,<br><br>*Defendant*. | Case No. 2:14-CV-01296<br><br>Hon. J.P. Stadtmueller |

### DECLARATION OF PETER F. O'NEILL IN SUPPORT OF SNAP-ON INCORPORATED'S OMNIBUS MOTION *IN LIMINE*

I, Peter F. O'Neill, declare as follows:

1. I am an associate at the law firm of Shook, Hardy & Bacon, LLP, 111 S. Wacker Dr., Chicago, IL 60606 and an attorney for Defendant Snap-on Incorporated in this litigation. I have personal knowledge of the facts set forth herein and can testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an action closing prosecution dated October 9, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of an institution decision of the PTAB in IPR2015-01242 dated December 2, 2015.

4. Attached hereto as Exhibit C is a true and correct copy of a final written decision of the PTAB in IPR2015-01242 dated November 14, 2016.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the

1

deposition transcript for Jeffrey Zeiler.

6. Attached hereto as Exhibit E is a true and correct copy of an email from Diethard Fohr to Jay Zeiler et al. dated August 16, 2002. METCO0280460-62.

7. Attached hereto as Exhibit F is a true and correct copy of email from David Selby to Jeffrey Zeiler et al. dated July 28, 2003. METCO0180370-71.

8. Attached hereto as Exhibit G is a true and correct copy of an email with attachment from Diethard Fohr to Jeffrey Zeiler et al. dated August 28, 2003. METCO0180500-504.

9. Attached hereto as Exhibit H is a true and correct copy of an email from Paul Craig to Ilya Kovarik dated February 23, 2001.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the deposition of Edward Lawson.

11. Attached hereto as Exhibit J is a true and correct copy of E-One Moli Energy (Canada) Limited Confidentiality Agreement with Milwaukee Electric Tool Corp. dated October 11, 2001. METCO0282264.

12. Attached hereto as Exhibit K is a true and correct copy of a letter of intent between E-One Moli Energy and Milwaukee Electric Tool Corp. bearing the date of November 8, 2001 and executed November 19, 2001. METCO0282262-63.

13. Attached hereto as Exhibit L is a true and correct copy of is an E-One Moli report dated November 23, 2001 and titled "Overview of capacity and fade tradeoffs in Spinel Li-ion cells." METCO0025984-89.

14. Attached hereto as Exhibit M is a true and correct copy an email from Jan

Reimers to Gary Meyer et al. dated November 26, 2001. METCO0448458.

15. Attached hereto as Exhibit N is a true and correct copy of an email from Jan Reimers to Jeffrey Zeiler et al. dated November 27, 2001. METCO0032820.

16. Attached hereto as Exhibit O is a true and correct copy of excerpts of the deposition of Paul Craig.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts of the deposition of Blair Tweten.

18. Attached hereto as Exhibit Q is a true and correct copy of an email from Mark Reid to Ken Broom et al. dated November 23, 2001. MOLI0002010-11.

19. Attached hereto as Exhibit R is a true and correct copy of an email from Elizabeth Egasti to Jay Rosenbecker dated January 2, 2003. METCO0529152-54.

20. Attached hereto as Exhibit S is a true and correct copy of excerpts from the transcript of the deposition of Mark Reid.

21. Attached hereto as Exhibit T is a true and correct copy of excerpts from the transcript of the deposition of Jan Reimers.

22. Attached hereto as Exhibit U is a true and correct copy of an E-One Moli report dated December 11, 2001 titled "Preliminary design options for power tool cells." MOLI0003179-83.

23. Attached hereto as Exhibit V is a true and correct copy of excerpts from transcript of the deposition of Dennis Gryzbowski.

Executed on October 2, 2017.

/s/ *Peter F. O'Neill*