## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MILWAUKEE ELECTRIC TOOL
CORPORATION, et al.,

        Plaintiffs,

v.

SNAP-ON, INCORPORATED,

        Defendant.

Case No.: 2:14-cv-01296-JPS

**PLAINTIFFS' CIVIL L. R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION FOR LEAVE TO FILE CORRECTED PLAINTIFFS' MOTIONS *IN LIMINE* 12-17**

Plaintiffs respectfully move under Civil L.R. 7(h) for an extension of time and leave to file a corrected version of its omnibus motions in limine 12-17, attached hereto as Exhibit A.

On October 2, 2017 Plaintiff filed various pre-trial motions. The next morning, on October 3, 2017 around 10 am, Defendant Snap-on informed Plaintiffs that there appeared to be a problem with Plaintiff omnibus motions in limine numbers 12-17. D.E. 239. Plaintiff investigated this issue immediately and determined that there was an issue with our online document management system when we combined all of the individual motions in limine into an omnibus motion, as preferred by the Court. This mistake was inadvertent. Plaintiff immediately provided Snap-on with the correct version of the omnibus motions in limine 12-17 at 11 am on October 3, 2017.

Granting this expedited motion for extension of time, will not materially prejudice Snap-on. The parties discussed the subject matter of these motions in limine during the meet-and-confer process. Counsel exchange emails on October 2, 2017 about the procedure for filing combined MILs and during that exchange, Plaintiff confirmed with Snap-on that it would file an

omnibus motion in limine.  Finally, as noted above, Snap-on already had the corrected version of the omnibus motions in limine 12-17.

Plaintiffs asked Snap-on if they oppose this motion.  Snap-on preserved its right to object to this motion, and as such, it appears that Snap-on opposes this motion.  However, Snap-on has not yet responded to Plaintiffs inquiry.  Plaintiffs file this motion now to ensure that the Court has access to this information as soon as possible.

For all of these reasons, Plaintiffs respectfully request an extension of time to file its omnibus motions in limine 12-17.

Dated:  October 3, 2017

Respectfully submitted,

/s/ Scott D. Sherwin
Scott W. Hansen
shansen@reinhartlaw.com
David Hanson
dhanson@reinhartlaw.com
Paul Stockhausen
pstockhausen@reinhartlaw.com
Jessica H. Polakowski
jpolakowski@reinhartlaw.com
James N. Law
jlaw@reinhartlaw.com
Monica A. Mark
mmark@reinhartlaw.com
Reinhart Boerner Van Deuren, S.C.
1000 N. Water Street, Suite 1700
Milwaukee, WI  53202
Phone:  (414) 298-1000
Fax:  (414) 298-8097

Jason C. White
jwhite@morganlewis.com
Sanjay Murthy
smurthy@morganlewis.com
Scott D. Sherwin
scott.sherwin@morganlewis.com
Maria Doukas
maria.doukas@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Suite 500
Chicago, IL 60601

2

Phone: (312) 324-1000
Fax: (312) 324-1001

Jeffrey G. Killian
Jeffrey.killian@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-3000
Fax: (202) 739-3001

*Attorneys for Plaintiffs Milwaukee Electric
Tool Corporation; Metco Battery
Technologies, LLC; AC (Macao Commercial
Offshore) Limited; and Techtronic Industries
Co. Ltd.*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the Court and to attorneys of record.

*/s/ Scott D. Sherwin*