

Reinhart Boerner Van Deuren s.c.
P.O. Box 2965
Milwaukee, WI 53201-2965

1000 North Water Street
Suite 1700
Milwaukee, WI 53202

Telephone: 414-298-1000
Facsimile: 414-298-8097
reinhartlaw.com

October 10, 2017

Scott W. Hansen
Direct Dial: 414-298-8123
shansen@reinhartlaw.com

The Honorable J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
United States Courthouse Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

Dear Judge Stadtmueller:  Re: *Milwaukee Tool vs. Snap-On*
E.D. of WI Case No. 2:14-cv-01296-JPS

The parties have conferred and believe that early resolution of the following motions would be of assistance:

- Snap-on MIL #2 (Dkt. 246) and MET MIL # 12 (Dkt. 248-2.) (These relate to Moli)

- MET's emergency motion (Dkt. 264) (If the Court allows it, Plaintiffs will file a short reply brief by 5 P.M. today and Defendant will file a short response by 2 pm tomorrow.)

- Snap-on MIL #1 (Dkt. 246) and MET MIL #1 (Dkt. 238). These relate to evidence of IPRs and reexaminations.

Additionally, MET is withdrawing MIL's 3 and 14, without prejudice (Dkt. 238 and 248-2). The parties are continuing to meet and confer, and hope to have an agreement that allows withdrawal of Snap-on's MIL #4 and MET's MIL #11 (also without prejudice)..

Yours very truly,

s/ Scott W. Hansen

37511423

cc   Lynn Murray