U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 OCT 26 P 3:34
STEPHEN C. DRIES
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES LLC, AC (MACAO COMMERCIAL OFFSHORE) LIMITED, and TECHTRONIC INDUSTRIES CO. LTD.,

        Plaintiffs,

v.

SNAP-ON INCORPORATED,

        Defendant.

Case No. 14-CV-1296-JPS

**SPECIAL VERDICT**

We, the jury, duly impaneled and sworn, for our special verdict in the above-entitled action, find as follows:

## I. INFRINGEMENT

### A. Infringement of the '290 Patent:

Claim 1 of the '290 Patent.

**Question 1**: Has Milwaukee shown that it is more likely than not that Snap-on's lithium-ion battery packs infringe Claim 1 of the '290 patent? Check "Yes" (finding for Milwaukee) or "No" (finding for Snap-on) with regard to each accused pack. *(For the Court's instructions on this question, see Section 2.1 of the Jury Instructions.)*

    CTB8185        Yes __✓__        No _____

    CTB8172        Yes __✓__        No _____

| | | |
|---|---|---|
| CTB7185 | Yes ✓ | No _____ |
| CTB7172 | Yes ✓ | No _____ |
| CTB6185 | Yes ✓ | No _____ |
| CTB6187 | Yes ✓ | No _____ |
| CTB6172 | Yes ✓ | No _____ |

**B.    Infringement of the '173 Patent:**

Claim 1 of the '173 Patent.

**Question 2**: Has Milwaukee shown that it is more likely than not that Snap-on's lithium-ion battery packs infringe Claim 1 of the '173 patent? Check "Yes" (finding for Milwaukee) or "No" (finding for Snap-on) with regard to each accused pack. *(For the Court's instructions on this question, see Section 2.1 of the Jury Instructions.)*

| | | |
|---|---|---|
| CTB8185 | Yes ✓ | No _____ |
| CTB8172 | Yes ✓ | No _____ |
| CTB7185 | Yes ✓ | No _____ |
| CTB7172 | Yes ✓ | No _____ |
| CTB6185 | Yes ✓ | No _____ |
| CTB6187 | Yes ✓ | No _____ |
| CTB6172 | Yes ✓ | No _____ |

Claim 12 of the '173 patent.

**Question 3**: Has Milwaukee shown that it is more likely than not that Snap-on's power tools and associated battery packs infringe Claim 12 of the '173 patent? Check "Yes" (finding for Milwaukee) or "No" (finding for Snap-on) with regard to each accused pack. *(For the Court's instructions on this question, see Section 2.1 of the Jury Instructions.)*

| | | |
|---|---|---|
| CTB8185 | Yes ✓ | No ____ |
| CTB8172 | Yes ✓ | No ____ |
| CTB7185 | Yes ✓ | No ____ |
| CTB7172 | Yes ✓ | No ____ |
| CTB6185 | Yes ✓ | No ____ |
| CTB6187 | Yes ✓ | No ____ |
| CTB6172 | Yes ✓ | No ____ |

C.    **Infringement of the '510 Patent:**

Claim 18 of the '510 Patent.

**Question 4**: Has Milwaukee shown that it is more likely than not that Snap-on's lithium-ion battery packs infringe Claim 18 of the '510 patent? Check "Yes" (finding for Milwaukee) or "No" (finding for Snap-on) with regard to each accused pack. *(For the Court's instructions on this question, see Section 2.1 of the Jury Instructions.)*

| | | |
|---|---|---|
| CTB8185 | Yes ✓ | No ____ |
| CTB8172 | Yes ✓ | No ____ |
| CTB7185 | Yes ✓ | No ____ |
| CTB7172 | Yes ✓ | No ____ |
| CTB6185 | Yes ✓ | No ____ |
| CTB6187 | Yes ✓ | No ____ |

Dependent Claim 19 of the '510 Patent.

**Question 5**: Has Milwaukee shown that it is more likely than not that Snap-on's power tools and associated battery packs infringe Claim 19 of the '510 patent? Check "Yes" (finding for Milwaukee) or "No" (finding for

Case 2:14-cv-01296-JPS   Filed 10/26/17   Page 3 of 6   Document 316

Snap-on) with regard to each accused pack. *(For the Court's instructions on this question, see Section 2.1 of the Jury Instructions.)*

      CTB8185      Yes  ✓      No _____

      CTB8172      Yes  ✓      No _____

      CTB7185      Yes  ✓      No _____

      CTB7172      Yes  ✓      No _____

      CTB6185      Yes  ✓      No _____

      CTB6187      Yes  ✓      No _____

## II. OBVIOUSNESS

**Question 6**: For each asserted claim of each asserted patent, has Snap-on shown by clear and convincing evidence that the claim would have been obvious to persons having ordinary skill in the art at the time of the invention? Check "Yes" (finding for Snap-on) or "No" (finding for Milwaukee). *(For the Court's instructions on this question, see Section 2.2 of the Jury Instructions.)*

    '290 Patent Claim 1:    Yes _____    No ✓

    '173 Patent Claim 1:    Yes _____    No ✓

    '173 Patent Claim 12:    Yes _____    No ✓

    '510 Patent Claim 18:    Yes _____    No ✓

    '510 Patent Claim 19:    Yes _____    No ✓

### III. WILLFUL INFRINGEMENT (IF APPLICABLE)

If you answered "Yes" with regard to any accused products in any of Questions 1, 2, 3, 4, or 5 and you answered "No" for at least one of the patent claims with regard to Question 6, please answer the following Question 7, otherwise DO NOT ANSWER Question 7. *(For the Court's instructions on this question, see Section 2.3 of the Jury Instructions.)*

**Question 7**: Has Milwaukee shown that it is more likely than not that Snap-on's infringement was willful?

Yes ___✓___ (finding for Milwaukee)

No _____ (finding for Snap-on)

### IV. DAMAGES (IF APPLICABLE)

If you answered "Yes" with regard to any accused products in any of Questions 1, 2, 3, 4, or 5 and you answered "No" for at least one of the patent claims with regard to Question 6, please answer the following Question 8, otherwise DO NOT ANSWER Question 8. *(For the Court's instructions on this question, see Section 2.4 of the Jury Instructions.)*

**Question 8**: What amount has Milwaukee shown it is entitled to as a reasonable royalty?

Reasonable Royalty: $27,800,000.00

Dated at Milwaukee, Wisconsin, this 26 day of October, 2017.

_____
Foreperson