# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES LLC, AC (MACAO COMMERCIAL OFFSHORE) LIMITED, and TECHTRONIC INDUSTRIES CO. LTD., <br><br>　　　　　　　　　Plaintiffs, <br>v. <br><br>SNAP-ON INCORPORATED, <br><br>　　　　　　　　　Defendant. | Case No. 14-CV-1296-JPS <br><br><br><br>**ORDER** |

On October 27, 2017, Defendant submitted a motion to clarify the deadline for the filing of post-trial motions in this case. (Docket #323). After receiving the jury's verdict, the Court directed that such motions should be filed within ten days. (Docket #313 at 28). The Court believed this was ample time to file post-trial motions, considering that the parties already have completed trial transcripts. Nevertheless, the Court will grant Defendant's motion and slightly extend its original briefing schedule. Any motions made pursuant to Federal Rule of Civil Procedure 50(b) and/or 59(e) will be briefed as follows:

　　　**Motions Due:**　　November 17, 2017

　　　**Responses Due:**　December 1, 2017

　　　**Replies Due:**　　December 8, 2017

These deadlines are firm and will not be moved for any reason. The Court will withhold entry of judgment until post-trial motions are decided.

Accordingly,

**IT IS ORDERED** that Defendant's motion for clarification (Docket #323) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the parties shall abide by the briefing schedule set forth in this Order for post-trial motion practice.

Dated at Milwaukee, Wisconsin, this 30th day of October, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Court