# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES LLC, AC (MACAO COMMERCIAL OFFSHORE) LIMITED, and TECHTRONIC INDUSTRIES CO. LTD.,<br><br>         Plaintiffs,<br>v.<br><br>SNAP-ON INCORPORATED,<br><br>         Defendant. | Case No. 14-CV-1296-JPS<br><br><br><br>**AMENDED<br>JUDGMENT** |

**Jury Verdict**. This action came before the Court, presided over by the Honorable J.P. Stadtmueller, for a trial by jury. The issues having been tried and the jury having rendered a Special Verdict (Docket #316) on October 26, 2017; and the Court having construed the claims of the patents-in-suit and having considered Plaintiffs' Motion for Summary Judgment (Docket #185), Defendant's Motion for Summary Judgment (Docket #183), Defendant's Renewed Motion for Judgment as a Matter of Law (Docket #347), Defendant's Motion for a New Trial (Docket #349), Plaintiffs' Motion for an Award of Enhanced Damages (Docket #341), and Plaintiffs' Motion for an Award of Pre- and Post-Judgment Interest (Docket #343):

  **IT IS ORDERED AND ADJUDGED** that Plaintiffs have shown that it is more likely than not that Defendant's lithium-ion battery packs infringe Claim 1 of U.S. Patent No. 7,554,290 (the "'290 Patent") as to battery packs CTB8185, CTB8172, CTB7185, CTB7172, CTB6185, CTB6187, and CTB6172 (Docket #316);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have shown that it is more likely than not that Defendant's lithium-ion battery packs infringe Claim 1 of U.S. Patent No. 7,944,173 (the "'173 Patent") as to battery packs CTB8185, CTB8172, CTB7185, CTB7172, CTB6185, CTB6187, and CTB6172 (Docket #316);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have shown that it is more likely than not that Defendant's power tools and associated battery packs infringe Claim 12 of the '173 Patent as to battery packs CTB8185, CTB8172, CTB7185, CTB7172, CTB6185, CTB6187, and CTB6172 (Docket #316);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have shown that it is more likely than not that Defendant's lithium-ion battery packs infringe Claim 18 of U.S. Patent No. 7,999,510 (the "'510 Patent") as to battery packs CTB8185, CTB8172, CTB7185, CTB7172, CTB6185, and CTB6187 (Docket #316);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have shown that it is more likely than not that Defendant's power tools and associated battery packs infringe Claim 19 of the '510 Patent as to battery packs CTB8185, CTB8172, CTB7185, CTB7172, CTB6185, and CTB6187 (Docket #316);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant has not shown by clear and convincing evidence that the following claims would have been obvious to persons having ordinary skill in the art at the time of the invention: '290 Patent Claim 1, '173 Patent Claim 1, '173 Patent Claim 12, '510 Patent Claim 18, and '510 Patent Claim 19 (Docket #316);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have shown that it is more likely than not that Defendant's infringement was willful (Docket #316);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs shall have and recover the sum of $27,800,000.00 as a reasonable royalty from Defendant (Docket #316) together with costs and disbursements as taxed by the Clerk of the Court;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' motion for an award of pre- and post-judgment interest (Docket #343) be

and the same is hereby **GRANTED in part** and **DENIED in part** (Docket #372);

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs shall have and recover from Defendant pre-judgment interest in the amount of $3,053,262.00 (Docket #372 and #373);

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs shall have and recover from Defendant post-judgment interest on the sum of $30,853,262.00 as provided for in 28 U.S.C. § 1961 and computed from a starting date of January 5, 2018 (Docket #372);

IT IS FURTHER ORDERED AND ADJUDGED that Defendant's renewed motion for judgment as a matter of law (Docket #347) be and the same is hereby **DENIED** (Docket #372);

IT IS FURTHER ORDERED AND ADJUDGED that Defendant's motion for a new trial (Docket #349) be and the same is hereby **DENIED** (Docket #372);

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs' motion for an award of enhanced damages (Docket #341) be and the same is hereby **DENIED** (Docket #372); and

IT IS FURTHER ORDERED AND ADJUDGED that this case be and the same is hereby **TERMINATED.**

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

January 5, 2018                  *s/ Jodi L. Malek*
Date                             By: Deputy Clerk