# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SNAP-ON INCORPORATED, <br><br> *Defendant*. | Case No. 2:14-CV-01296 <br><br> Hon. J.P. Stadtmueller |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**NOTICE IS HEREBY GIVEN** that Defendant Snap-on Incorporated in the above-captioned case hereby appeals to the United States Court of Appeals for the Federal Circuit from:

1. the September 22, 2017 Order (Dkt. 232);

2. the October 12, 2017 Order (Dkt. 277);

3. the October 26, 2017 Special Verdict (Dkt. 316);

4. the December 29, 2017 Order (Dkt. 372);

5. the January 5, 2018 Amended Judgment (Dkt. 383); and

6. all prior orders, judgments, and rulings entered in this action.

Dated: February 1, 2018

Respectfully submitted,

By: */s/ Jonathon M. Studer*
Lynn H. Murray
Hugh A. Abrams
George R. Dougherty
Peter F. O'Neill
Jonathon M. Studer
Shook, Hardy & Bacon L.L.P.
111 S. Wacker Drive, Suite 5100

4015576

Chicago, Illinois 60606
Phone: (312) 704-7700
Fax: (312) 558-1195
lhmurray@shb.com
habrams@shb.com
gdougherty@shb.com
pfoneill@shb.com
jstuder@shb.com

David R. Cross
Michael T. Piery
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2350
Milwaukee, Wisconsin 53202-4426
Phone: (414) 277-5000
Fax: (414) 271-3552
david.cross@quarles.com
michael.piery@quarles.com

**Attorneys for Defendant and
Counterclaim-Plaintiff Snap-on Incorporated**

# CERTIFICATE OF SERVICE

I certify that on February 1, 2018, I served the foregoing **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** on all counsel of record using the Court's ECF system.

Dated: February 1, 2018

                                                    By: */s/ Jonathon M. Studer*
                                                              Jonathon M. Studer